### 28903. COOK v. KROGER BAKING & GROCERY COMPANY.

MACINTYRE, J. This case is a companion to *Cook* v. *Kroger Baking & Grocery Co.*, ante, 141. The two cases were heard together, and the instant writ of error is controlled by the ruling there made. The judge did not err in sustaining the general demurrer and in dismissing the action.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED JUNE 19, 1941.